**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Christopher G.,

     Plaintiff,

        v.                      Case No.   1:25-cv-00276

Commissioner of
Social Security,

     Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on May 27, 2026 (Doc. 14).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 14) have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&R (Doc. 14) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, the decision of the Commissioner is **REVERSED,** and this action is **REMANDED** under Sentencing Four of § 405(g).

    **IT IS SO ORDERED.**

                                  *s/Michael R. Barrett*
                                  Michael R. Barrett, Judge
                                  United States District Court

1